In re STAG LAUNDRY, Inc., Debtor.
Louis R. LONG, Appellant, v. STAG
LAUNDRY, Inc., Appellee.

No. 466.

Circuit Court of Appeals, Second Circuit.
July 6, 1936.

Irving M. Engel, of New York City, for appellant.

S. Michael Ress, of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

STEINER PACKING COMPANY v. C. E. MOORE, Individually and as Collector of Internal Revenue for the 18th District of Ohio.

No. 7214.

Circuit Court of Appeals, Sixth Circuit.
Feb. 4, 1936.

Manchester, Ford, Bennett & Powers, of Youngstown, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

PER CURIAM.
Dismissed on motion of appellant.

P. Martin STEINKAMP, Appellant, v. UNITED STATES of America.

No. 10665.

Circuit Court of Appeals, Eighth Circuit.
May 9, 1936.

Marcy K. Brown, Jr., of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Richard K. Phelps, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.
Appeal docketed and dismissed, without costs to either party in this court, on motion of counsel for appellee, for failure to comply with rules 37 and 38, and section 4 of rule 26.

E. W. STILES et al., Appellants, v. NATIONAL LABOR RELATIONS BOARD et al.

No. 10672.

Circuit Court of Appeals, Eighth Circuit.
July 13, 1936.

D. A. Bradham, J. C. Clary, and B. Ball, all of Warren, Ark., for appellants.

Clinton R. Barry, U. S. Atty., of Fort Smith, Ark., and David C. Shaw, Regional Atty., National Labor Relations Board, of New Orleans, La., for appellees.

PER CURIAM.
Appeal dismissed, without costs to either party in this court, per stipulation of parties.

SWANN RESEARCH, Inc., and Monsanto Chemical Company of Alabama v. DOW CHEMICAL COMPANY.

No. 7339.

Circuit Court of Appeals, Sixth Circuit.
Feb. 6, 1936.

For opinion below, see 12 F.Supp. 270.

Dike, Calver & Gray, of Detroit, Mich., for appellants.

Fay, Oberlin & Fay, of Cleveland, Ohio, for appellee.

PER CURIAM.
Docketed and dismissed pursuant to stipulation of counsel.